```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08993
    ERIKKA L GORDON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0080


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/12/2008 and was not confirmed.

    The case was dismissed without confirmation 09/08/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

 CARRINGTON MORTGAGE SERV  CURRENT MORTG          .00           .00             .00
 CARRINGTON MORTGAGE SERV  MORTGAGE ARRE          .00           .00             .00
 CARRINGTON MORTGAGE SERV  UNSECURED       NOT FILED           .00             .00
 CREDIT ACCEPTANCE CORP    SECURED NOT I         .00           .00             .00
 CREDIT ACCEPTANCE         UNSECURED       NOT FILED           .00             .00
 HSBC AUTO FINANCE         SECURED VEHIC    9500.00           .00          552.00
 HSBC AUTO FINANCE         UNSECURED        5533.53           .00             .00
 CITY OF CHICAGO PARKING   PRIORITY        NOT FILED           .00             .00
 INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00             .00
 INTERNAL REVENUE SERVICE  PRIORITY         1819.64           .00             .00
 AMERICAN HONDA FINANCE C  UNSECURED        7124.02           .00             .00
 AMERICAS SERVICING CO     UNSECURED       NOT FILED           .00             .00
 AMERICASH LOANS LLC       UNSECURED        2193.26           .00             .00
 AMERICA INVESTMENT BANK   NOTICE ONLY     NOT FILED           .00             .00
 ROUNDUP FUNDING LLC       UNSECURED        1086.57           .00             .00
 ARONSON FURNITURE         NOTICE ONLY     NOT FILED           .00             .00
 ARS RECOVERY SERVICES     UNSECURED       NOT FILED           .00             .00
 ASPIRE                    UNSECURED       NOT FILED           .00             .00
 BLITT & GAINES            UNSECURED       NOT FILED           .00             .00
 CAPITAL ONE BANK          NOTICE ONLY     NOT FILED           .00             .00
 CAPITAL ONE AUTO FINANCE  UNSECURED       NOT FILED           .00             .00
 DEVON FINANCIAL SERVICE   NOTICE ONLY     NOT FILED           .00             .00
 FIRST PREIMER BANK        NOTICE ONLY     NOT FILED           .00             .00
 FORTIS CAPITAL            UNSECURED       NOT FILED           .00             .00
 HSBC                      NOTICE ONLY     NOT FILED           .00             .00
 JAYHAWK ACCEPTANCE CORP   NOTICE ONLY     NOT FILED           .00             .00
 CAPITAL ONE AUTO FINANCE  UNSECURED       13170.31           .00             .00
 LOAN EXPRESS CO           UNSECURED         410.00           .00             .00
 MEDICAL COLLECTIONS SYS   NOTICE ONLY     NOT FILED           .00             .00
 NATIONWIDE ACCEPTANCE~    NOTICE ONLY     NOT FILED           .00             .00
 NCO FINANCIAL SYSTEMS IN  NOTICE ONLY     NOT FILED           .00             .00
 NEW CENTURY MORTGAGE COR  NOTICE ONLY     NOT FILED           .00             .00
 PARAGON WAY INC           UNSECURED         725.00           .00             .00
 PEOPLES GAS LIGHT & COKE  UNSECURED        1167.56           .00             .00
 PLAZA ASSOCIATES          UNSECURED       NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08993 ERIKKA L GORDON
```

```
RMI/MCSI                      NOTICE ONLY    NOT FILED              .00           .00
SRA ASSOCIATES                NOTICE ONLY    NOT FILED              .00           .00
SUN CASH                      UNSECURED      NOT FILED              .00           .00
WIRBICKI LAW GROUP            UNSECURED      NOT FILED              .00           .00
WASHINGTON MUTUAL/PROVID      NOTICE ONLY    NOT FILED              .00           .00
US CELLULAR                   NOTICE ONLY    NOT FILED              .00           .00
RMI/MCSI                      UNSECURED            .00              .00           .00
INTERNAL REVENUE SERVICE      UNSECURED         221.80              .00           .00
AMERICAS SERVICING COMPA      CURRENT MORTG       .00               .00           .00
AMERICAS SERVICING COMPA      SECURED NOT I   1960.66               .00           .00
COMMONWEALTH EDISON           UNSECURED        685.86               .00           .00
CITY OF CHICAGO PARKING       UNSECURED       2461.85               .00           .00
STEVEN A LEAHY                DEBTOR ATTY    2,140.00                             .00
TOM VAUGHN                    TRUSTEE                                           48.00
DEBTOR REFUND                 REFUND                                              .00

       Summary of Receipts and Disbursements:
 -----------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
 -----------------------------------------------------------------------------
TRUSTEE                   600.00

PRIORITY                                            .00
SECURED                                          552.00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              48.00
DEBTOR REFUND                                       .00
                        ---------------       ---------------
TOTALS                    600.00                 600.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
     Dated: 12/22/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```